TOLEDO BAR ASSOCIATION *v*. BURKHOLDER.

[Cite as *Toledo Bar Assn. v. Burkholder,*

**126 Ohio St.3d 1232, 2010-Ohio-4256.]**

(No. 2005-2394 — Submitted August 10, 2010 — Decided August 26, 2010.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Fred Joseph Burkholder, Attorney Registration No. 0014094, last known business address in Toledo, Ohio.

{¶ 2} The court coming now to consider its orders of June 21, 2006, and September 17, 2008, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of six months, finds that respondent has substantially complied with those orders and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} It is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier cases, see *Toledo Bar Assn. v. Burkholder*, 109 Ohio St.3d 443, 2006-Ohio-2817, 848 N.E.2d 840, and 119 Ohio St.3d 1457, 2008-Ohio-4665, 893 N.E.2d 848.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____